Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MATTHEW FAISON, JR.,
FDOC Inmate No. 038634,

    Plaintiff,

v.                                                                                    CASE NO. 3:21cv49-MCR-EMT

SOCIAL SECURITY COMISSIONER,
et al.,

    Defendants.
_____/

# O R D E R

The chief magistrate judge issued a Report and Recommendation on February 16, 2021.  ECF No. 7.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**